**Edward MILLER, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

June 19, 2006.

## ORDER

PER CURIAM.

AND NOW, this 19th day of June, 2006, the order of the Commonwealth Court is AFFIRMED.